| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | STEVEN M. BAUER (ADMITTED *PRO HAC VICE*) |
| COLBY B. SPRINGER (SBN 214868) | ROBERT H. HORN (SBN 134710) |
| **CARR & FERRELL** *LLP* | **PROSKAUER ROSE** *LLP* |
| 2200 Geng Road | 2049 Century Park East, 32d Floor |
| Palo Alto, CA 94303 | Los Angeles, CA 90067 |
| Phone: (650) 812-3400 | Phone: 310.557.2900 |
| Fax: (650) 812-3444 | Fax: 310.557.2193 |
| ryorio@carrferrell.com | sbauer@proskauer.com |
| cspringer@carrferrell.com | rhorn@proskauer.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Silone Magcard, Inc. | Smartrac Technology Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMARTRAC TECHNOLOGY LTD. | Case No.: C 06 06420 PJH |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SILONE MAGCARD, INC. | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Good cause appearing with respect to the continued settlement efforts of plaintiff Smartrac Technology Ltd. and defendant Silone Magcard, Inc. (the "Parties"), the Case Management Conference presently calendared for January 18, 2007, is hereby taken off calendar. All other dates identified in the ORDER SETTING CASE MANAGEMENT CONFERENCE dated December 5, 2006 are also taken off calendar.

1  The initial Case Management Conference is hereby rescheduled to February 8, 2007, at 2.30 PM in
2  Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.
3
4  Not less than seven (7) calendar days before the rescheduled conference, the Parties shall file a joint
5  case management statement addressing each item in the order in which they are listed in the ORDER
6  SETTING CASE MANAGEMENT CONFERENCE dated December 5, 2006.
7
8  PURSUANT TO STIPULATION, IT IS SO ORDERED.
9
10
11 DATED: JANUARY __8__, 2007      _____
12                                  HON. PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT JUDGE



Order to Continue Initial Case Management Conference
-2-

Case No. C 06 06420 PJH