1  Steven M. Bauer (Admitted Pro Hac Vice)    Robert J. Yorio (SBN 93178)
   Robert H. Horn (SBN 134710)                Colby B. Springer (SBN 214868)
2  PROSKAUER ROSE LLP                         CARR & FERRELL LLP
   2049 Century Park East, 32nd Floor         2200 Geng Road
3  Los Angeles, CA  90067-3206                Palo Alto, CA 94303
   Telephone:    (310) 557-2900               Telephone:   (650) 812-3400
4  Facsimile:    (310) 557-2193               Facsimile:   (650) 812-3444
   sbauer@proskauer.com                       ryorio@carrferrell.com
5  rhorn@proskauer.com                        cspringer@carrferrell.com

6  Attorneys for Plaintiff                    Attorneys for Defendant
   Smartrac Technology Ltd.                   Silone Magcard, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  SMARTRAC TECHNOLOGY LTD.,        )   Case No. C 06 06420 PJH
                                     )
13             Plaintiff,            )
                                     )   STIPULATION OF DISMISSAL
14         v.                        )
                                     )
15  SILONE MAGCARD, INC.,            )
                                     )
16             Defendant.            )
                                     )

1   IT IS HEREBY STIPULATED by and between the parties to the above-captioned action,
2 through their designated counsel, that the above-captioned action be and hereby is dismissed, with
3 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

4 DATED:  February 14, 2007                      Steven M. Bauer
                                                 Robert H. Horn
5                                                PROSKAUER ROSE LLP

6
                                                      /s/ Robert H. Horn
7                                                _____
                                                     Robert H. Horn
8
                                                 Attorneys for Plaintiff
9                                                Smartrac Technology Ltd.

10 DATED: February 14, 2007                      Robert J. Yorio
                                                 Colby B. Springer
11                                               CARR & FERRELL LLP

12
                                                      /s/ Colby B. Springer
13                                               _____
                                                     Colby B. Springer
14
                                                 Attorneys for Defendant
15                                               Silone Magcard, Inc.

16
                      General Order 45 Attestation of Signatures
17
   I, Robert H. Horn, attest that the concurrence in the filing of this document has been
18
obtained from the other signatory, which shall serve in lieu of his signature.
19

20                                                    /s/ Robert H. Horn
                                                     Robert H. Horn
21

22
                                                 2/16/07
23

24

25

26

27

28

1

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (seal of the United States District Court, Northern District of California)